982

No. 96–468. HELTON ET AL. v. KMART CORP. C. A. 11th Cir. Certiorari denied.

No. 96–478. ASAM v. ALABAMA STATE BAR ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–520. SMITH v. LOUISIANA-PACIFIC CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–539. REGALBUTO ET AL. v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–544. STRINGFELLOW, AKA FORTINI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–580. SYVERSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5178. RUSSELL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–5351. GEARY v. LEVINDALE HEBREW GERIATRIC CENTER AND HOSPITAL. C. A. 4th Cir. Certiorari denied.

No. 96–5539. SALEMO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5857. SIMPSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5862. O'BRIEN v. BANK ONE COLUMBUS, N. A. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96–5886. OLGUIN ET AL. v. LUCERO ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5890. KEMP v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–5896. SCHAFFER v. KIRKLAND ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5897. LEE v. BERTHELOT ET AL. C. A. 5th Cir. Certiorari denied.